■ In the Matter of RALPH PAUKOVITS et al., Appellants, v ZONING BOARD OF APPEALS OF THE TOWN OF BLOOMING GROVE et al., Respondents.— Judgment of the Supreme Court, Orange County, dated December 18, 1979, affirmed, without costs or disbursements. (See *Matter of O'Daniel v Hayduk,* 59 AD2d 706, affd 42 NY2d 1062.) Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.